UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-22128-CIV-HUCK/WHITE

LEIGHTON F. BARRETT,

    Plaintiff,

vs.

WARDEN, MIAMI F.D.C., et al.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION, CLOSING AND DISMISSING CASE

This matter is before the Court on Magistrate Judge Patrick A. White's July 15, 2010 Report and Recommendation (D.E. # 6) regarding Plaintiff's Pro Se Civil Action Pursuant to 42 U.S.C. Section 1983, 1985 (D.E. # 1). Judge White recommends that the Court dismiss Plaintiff's complaint for failure to state a claim. The Court has independently reviewed the complaint, Report and Recommendation, and record. After that review, and having received no objections to Judge White's Report and Recommendation, the Court affirms the Report and Recommendation and adopts it as the Court's order. Accordingly, the case is dismissed, and shall be closed by the clerk.

DONE and ORDERED in Chambers, Miami, Florida, August 13, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All counsel of record
Leighton F. Barrett (*pro se*)
Reg. 04939-265
McRae Correctional Institution
P.O. Drawer 30
McRae, Georgia 31055